Walter Mosley, Esq. (SBN 244169)
wm@waltermosleyesq.com
Mosley & Associates
1055 W. 7th St., Suite 3260
Los Angeles, California 90017
Telephone: (213) 643-6880

Attorney for Plaintiff,
KENNETH O'NEAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH O'NEAL, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, a California nonprofit corporation; MILA MIRANDA, an individual; BARRY O'BRIAN, an individual; and DOES 1 through 20, inclusive,<br><br>              Defendants, | Case No.: 3:23-cv-00521-LB<br><br>*Assigned for all purposes to the Hon - Magistrate Judge Laurel Beeler*<br><br>**NOTICE OF APPEARANCE OF WALTER MOSLEY AS COUNSEL FOR PLAINTIFF KENNETH O'NEAL**<br><br>State Complaint Filed: May 18, 2022<br>Removed to Federal: February 03, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    I, WALTER MOSLEY, of Mosley and Associates, hereby enter my appearance as counsel for Plaintiff KENNETH O'NEAL in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone number are as follows:

//

//

Mosley and Associates

1055 W. 7th Street, Suite 3260

Los Angeles, CA 90017

Telephone: (213) 643-6880

Facsimile: (323) 315-4277

Please serve said counsel with all pleadings and notices in this action.

DATED:  February 22, 2023          Respectfully,

                                   WALTER MOSLEY
                                   MOSLEY & ASSOCIATES

                                   By: /s/ Walter Mosley
                                        Walter Mosley, Esq.

                                   Attorney for Plaintiff
                                   KENNETH O'NEAL